AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Northern District of Illinois_____ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:24-cv-02249 | DATE FILED<br>3/19/2024 | U.S. DISTRICT COURT<br>for the Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br><br>Klein Tools, Inc. | | DEFENDANT<br><br>JJS Corporation and John Does 1-10 |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |  |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| 0,963,313 | July 10, 1973 | Klein Tools, Inc. |
| 1,630,868 | January 8, 1991 | Klein Tools, Inc. |
| 1,646,650 | June 4, 1991 | Klein Tools, Inc. |
| 5,719,385 | April 9, 2019 | Klein Tools, Inc. |
| 5,775,655 | June 11, 2019 | Klein Tools, Inc. |
| 5,818,723 | July 30, 2019 | Klein Tools, Inc. |
| 0,619,012 | January 10, 1956 | Klein Tools, Inc. |
| 5,719,384 | April 9, 2019 | Klein Tools, Inc. |
| 5,769,778 | June 4, 2019 | Klein Tools, Inc. |
| 5,894,611 | October 29, 2019 | Klein Tools, Inc. |
| 1,133,007 | April 15, 1980 | Klein Tools, Inc. |
| 2,251,795 | June 8, 1999 | Klein Tools, Inc. |
| 2,225,253 | February 23, 1999 | Klein Tools, Inc. |
| 1,274,870 | April 24, 1984 | Klein Tools, Inc. |
| 1,640,855 | April 9, 1991 | Klein Tools, Inc. |
| 1,646,681 | June 4, 1991 | Klein Tools, Inc. |
| 1,653,472 | August 13, 1991 | Klein Tools, Inc. |
| 5,719,383 | August 13, 1991 | Klein Tools, Inc. |
| 5,763,623 | May 28, 2019 | Klein Tools, Inc. |
| 1,978,936 | June 4, 1996 | Klein Tools, Inc. |
| 2,253,267 | June 15, 1999 | Klein Tools, Inc. |
| 2,139,474 | February 24, 1998 | Klein Tools, Inc. |
| 2,174,567 | July 21, 1998 | Klein Tools, Inc. |
| 2,644,284 | October 29, 2002 | Klein Tools, Inc. |
| 2,856,629 | June 22, 2004 | Klein Tools, Inc. |
| 3,017,086 | November 22, 2005 | Klein Tools, Inc. |
| 4,003,924 | July 26, 2011 | Klein Tools, Inc. |
| 4,075,070 | December 20, 2011 | Klein Tools, Inc. |

| | | |
|---|---|---|
| 4,608,321 | September 23, 2014 | Klein Tools, Inc. |
| 4,616,110 | October 7, 2014 | Klein Tools, Inc. |
| 4,616,111 | October 7, 2014 | Klein Tools, Inc. |
| 5,271,087 | August 22, 2017 | Klein Tools, Inc. |
| 5,271,090 | August 22, 2017 | Klein Tools, Inc. |